DIECKMANN, Respondent, vs. SHEBOYGAN COUNTY, imp., Appellant.

*February 5 — March 5, 1895.*

*Dieckmann v. Sheboygan Co., ante, p. 570, followed.*

APPEAL from a judgment of the circuit court for Sheboygan county: N. S. GILSON, Circuit Judge. *Affirmed.*

*Simon Gillen*, for the appellant.

*Francis Williams*, for the respondent.

WINSLOW, J. In this case the same questions are presented as in the case of *Dieckmann v. Sheboygan Co., ante,* p. 570, and for the reasons there given the judgment must be affirmed.

*By the Court.*—Judgment affirmed.